IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00142-MR-WCM

| | |
|---|---|
| THE NORTH CAROLINA HUMAN RELATIONS COMMISSION *on behalf of* Kathleen Bird,<br><br>Plaintiff,<br><br>v.<br><br>FORREST HILLS INVESTMENTS, LLC, JAMIE HOPE, TERESA SCHENK, DRS REALTY COMPANY, and DRS COMMUNITIES,<br><br>Defendants. | ORDER |

This matter is before the court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 2) filed by Gregory Alan Heafner. The Motion indicates that Mr. Heafner, a member in good standing of the Bar of this Court, is local counsel for Defendants and that he seeks the admission of Scott Parrish Moore, who the Motion represents as being a member in good standing of the Bar of Nebraska. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the court **GRANTS** the Motion (Doc. 2) and **ADMITS** Scott Parrish Moore to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: July 27, 2022

W. Carleton Metcalf
United States Magistrate Judge